UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JOSUE PAGUADA, *on behalf of himself and all others similarly situated*,

                          **Plaintiff,**

v.

OATLY INC.,

                          **Defendant.**

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2021

20-cv-08665-ALC

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: January 25, 2021**

    **New York, New York**

_____
  **ANDREW L. CARTER, JR.**
  **United States District Judge**